HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JONATHAN VEGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN VEGA,<br><br>　　　　　Defendant. | No.  Cr. F 12-55 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

　　　Defendant, JONATHAN VEGA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　2.　　On November 5, 2012, this Court sentenced Mr. Vega to a term of 235 months imprisonment;

　　　3.　　His total offense level was 35, his criminal history category was IV, and the resulting guideline range was 235 to 293 months;

4.      The sentencing range applicable to Mr. Vega was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Vega's total offense level has been reduced from 35 to 33, and his amended guideline range is 188 to 235 months; and,

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Vega's term of imprisonment to a total term of 188 months.

Respectfully submitted,

Dated:  November 21, 2014                           Dated:   November 21, 2014

BENJAMIN B. WAGNER                               HEATHER E. WILLIAMS
United States Attorney                                     Federal Defender


 /s/ *Kathleen A. Servatius*                              /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                           DAVID M. PORTER
Assistant U.S. Attorney                                    Assistant Federal Defender

Attorney for Plaintiff                                         Attorney for Defendant
UNITED STATES OF AMERICA                     JONATHAN VEGA

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Vega is entitled to the benefit Amendment 782, which, pursuant to 18 U.S.C. section 3553(a) factors, results in an amended guideline range of 188 to 235 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2012 is reduced to a term of 188 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Vega shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: __**November 24, 2014**__              ___/s/ Lawrence J. O'Neill___
                                                         UNITED STATES DISTRICT JUDGE