AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:12-cr-00055-LJO-SKO   Document 23   Filed 12/16/14   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:12-CR-00055-001 LJO |
| JONATHAN VEGA ) | |
| ) | USM No: 68301-097 |
| Date of Original Judgment: 11/5/2012 ) | |
| Date of Previous Amended Judgment: ) | David M. Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   November 14, 2014   months **is reduced to**   188 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/14/2012   shall remain in effect.
**IT IS SO ORDERED**.

Date:   12/16/2014             /s/ Lawrence J. O'Neill
                                                *Judge's Signature*

Effective Date:   11/1/2015           Honorable Lawrence J. O'Neill, U.S. District Judge
   *(if different from order date)*                *Printed name and title*