# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN VEGA<br><br>Date of Original Judgment: 11/14/2012<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 1:12-CR-00055-001 LJO<br>USM No: 68301-097<br><br>David Porter<br>*Defendant's Attorney* |

AMENDED **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __235__ months **is reduced to** __188 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __11/14/2012__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/17/2014

/s/ Lawrence J. O'Neill
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Honorable Lawrence J. O'Neill
*Printed name and title*